IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| DENNIS GREEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 424-117 |
| PEN FED CREDIT UNION; CHRISTOPHER J. MARTIN, Senior Vice President-Pen Fed; BRIAN CASSIN, CEO-Pen Fed; NATIONWIDE CREDIT CORP.; EXPERIAN; ROBERT SAPP, Manager-Pen Fed; and JAMES SCHENCK, CEO-Pen Fed 2023, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 6.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 8th day of July, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA